■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALKIM SHATEIK MILLS, Appellant. [874 NYS2d 857]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Collini, J.), imposed January 31, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Santucci, Carni and Eng, JJ., concur.